Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant
Runwayfinder, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STENBOCK & EVERSON, an Oregon corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>RUNWAYFINDER, LLC, dba Runwayfinder.com,<br><br>               Defendant. | No. CV 10-1475 BR<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>Pursuant to Fed. R. Civ. P. 6 |

     Pursuant to Federal Rule of Civil Procedure 6(b), defendant Runwayfinder, LLC moves for a four week extension of time, from December 28, 2010, to January 25, 2011, to answer or otherwise respond to the Complaint.  Pursuant to Local Rule 7-1, defendant states that the parties have conferred, and plaintiff Stenbock & Everson does not oppose this motion.  This motion is supported by the separately filed Declaration of Julia E. Markley.

1- UNOPPOSED MOTION FOR EXTENSION OF TIME

91004-0005/LEGAL19838789.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

DATED:  December 27, 2010 **PERKINS COIE LLP**

By:   s/Julia E. Markley
      Julia E. Markley, OSB No. 000791
      JMarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant
Runwayfinder, LLC

2-   UNOPPOSED MOTION FOR EXTENSION OF TIME

91004-0005/LEGAL19838789.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222