Joseph Mohr (OR SBN 053274)
Email: joey@mohriplaw.com
Mohr Intellectual Property Law Solutions, PC
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone 503-336-1214.
Facsimile: 866-387-6875

Peter A. Haas (OR SBN 020552)
Email: peterahaas@flatfee-ip.com
Peter A Haas Esquire LLC,
1929 SW 13th Ave. Portland, OR 97201
Telephone: 503-319-3024

Attorneys for Plaintiff
Stenbock & Everson, an Oregon corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation, Plaintiff,<br>v.<br>**RUNWAYFINDER, LLC**, dba Runwayfinder.com, Defendant | Civil Action No: CV 10-1475 BR<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Stenbock & Everson, an Oregon corporation, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

- 1 -

Dated: December 30, 2010

Respectfully submitted,

Joseph Mohr
MOHR INTELLECTUAL PROPERTY LAW SOLUTIONS, P.C.

Peter A. Haas
Peter A Haas Esquire LLC

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT