**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
**Bryan D. Beel**, OSB No. 073408
BBeel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant
Runwayfinder, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **STENBOCK & EVERSON**, an Oregon corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>**RUNWAYFINDER, LLC**, dba Runwayfinder.com,<br><br>           Defendant. | No. CV 10-1475 BR<br><br>**MOTION TO DISMISS**<br><br>Pursuant to Fed. R. Civ. P. 12 (b)(2) and (3)<br><br>By Defendant Runwayfinder, LLC<br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), defendant Runwayfinder, LLC ("Runwayfinder") moves to dismiss the Complaint of plaintiff Stenbock & Everson because the Court lacks personal jurisdiction over Runwayfinder and because this Court is not an appropriate venue for an action between the parties.  Runwayfinder's motion is supported by its separately filed Memorandum and the Declaration of David Parsons.  Under LR 7-1, Runwayfinder certifies that the parties made a good faith effort through a telephone conference to resolve this dispute but were unable to do so.

1-   RUNWAYFINDER'S MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

76222-0001/LEGAL20000272.1

DATED: February 1, 2011

**PERKINS COIE LLP**

By:   s/Julia E. Markley
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Bryan D. Beel, OSB No. 073408
BBeel@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant Runwayfinder, LLC

2-   RUNWAYFINDER'S MOTION TO DISMISS

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

76222-0001/LEGAL20000272.1