Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Bryan D. Beel, OSB No. 073408
BBeel@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Defendant
Runwayfinder, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STENBOCK & EVERSON, an Oregon corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>RUNWAYFINDER, LLC, dba Runwayfinder.com,<br><br>     Defendant. | No. CV 10-1475 BR<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>Pursuant to Fed. R. Civ. P. 6 |

  Pursuant to Federal Rule of Civil Procedure 6(b), defendant Runwayfinder, LLC moves for a 21-day extension of time, from March 17, 2011 to April 7, 2011, to file its (1) Reply in Support of Defendant's Motion to Dismiss; and (2) Response to Plaintiff's Motion to Take Jurisdictional Discovery.  Pursuant to Local Rule 7-1, defendant states that the parties have

1- UNOPPOSED MOTION FOR EXTENSION OF TIME

76222-0001/LEGAL20389395.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

conferred, and plaintiff Stenbock & Everson does not oppose this motion. This motion is supported by the separately filed Declaration of Julia E. Markley.

DATED: March 14, 2011

**PERKINS COIE LLP**

By: s/Julia E. Markley
 Julia E. Markley, OSB No. 000791
 JMarkley@perkinscoie.com
 Bryan D. Beel, OSB No. 073408
 BBeel@perkinscoie.com
 1120 N.W. Couch Street, Tenth Floor
 Portland, OR  97209-4128
 Telephone:  503.727.2000
 Facsimile:  503.727.2222

Attorneys for Defendant Runwayfinder, LLC

2-   UNOPPOSED MOTION FOR EXTENSION OF TIME

76222-0001/LEGAL20389395.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222